## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN ARAQUE and MARIELA DEL ROSARIO,<br><br>      Plaintiffs,<br><br>v.<br><br>CATERPILLAR, INC.<br><br>      Defendant. | CIVIL ACTION<br><br>No. 10-5488 |

### ORDER

AND NOW, this 10th day of November, 2010, it is hereby ORDERED as follows:

This diversity suit arises out of alleged injury attributed to the alleged negligence of the defendants, which is said to have taken place in York, Pennsylvania. Since York is in the Middle District of Pennsylvania, it is hereby ORDERED that this case be transferred to the United States District Court for the Middle District of Pennsylvania. 28 U.S.C. § 1404(a).

BY THE COURT:

Pollak, J.